[No. 14015-2-II.   Division Two.   July 15, 1992.]

*In the Matter of the Marriage of* ALAN P. WHITE, *Appellant, and* ANN RHODES S. WHITE, *Respondent*.

. · Appeal from a judgment of the Superior Court for Pierce County, No. 89-3-01799-6, Thomas R. Sauriol, J.,

entered May 25, 1990. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Petrich, C.J., and Alexander, J.